# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:10-CR-00155-GMN-RJJ |
| vs. ) | |
| ) | **ORDER** |
| JAMIE BARRAGAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is Criminal Defendant Jamie Barragan's Motion for Judicial Permission Allowing Defendant to Attend His Minor Son's Funeral (ECF No. 63).

## I. BACKGROUND

On September 13, 2010, Defendant Jamie Barragan entered a plea of guilty to one count of Conspiracy to Distribute Methamphetamine and one count of Felon in Possession of a Firearm. Defendant is scheduled to be sentenced by this Court on December 14, 2010. Defendant is currently in custody at a federal detention center in Pahrump, Nevada.

On December 4, 2010, Defendant's minor son passed away in a tragic vehicular accident while traveling to see Defendant at the Pahrump detention center. Defendant is now asking this Court for permission to attend his son's funeral on December 16, 2010.

## II. DISCUSSION

The Court extends its deepest sympathies to Defendant, and respects his desire to mourn his son. The Court has, however, discussed the logistical, safety, and security implications of escorting Defendant to the public funeral with the United States Marshals Service, and has determined that such a course of action would be imprudent.

Defendant may, however, have a private viewing with his son prior to the burial ceremony. This private viewing must comply with the requirements set forth below. These precautions are designed to ensure the safety and security of Defendant, the United States Marshals guarding him, and the public at large.

## CONCLUSION

IT IS HEREBY ORDERED that Defendant Jamie Barragan has the Court's permission to visit his deceased son before the burial ceremony, on the following conditions:

1. This is a viewing only; the prisoner will not be allowed to attend or participate in the funeral itself or any funeral-related activities.
2. The United States Marshals Service ("USMS") will arrange a private viewing limited only to the prisoner, the deceased, the escorting deputies, and the funeral director.
3. The USMS will coordinate with the funeral director and determine the date, time, and location of the viewing.
4. The prisoner will be fully restrained at all times in accordance with USMS policy.
5. The USMS will determine the length of the visit, up to a maximum of one hour. The visit may be terminated by the USMS at any time if conditions indicate a safety or security risk.
6. For security reasons, there will be no advance notice to the prisoner or his attorney concerning the date or time of the visit.
7. The USMS must be provided with an advance deposit of $500 for the associated costs of USMS personnel and transportation.

8. After conducting a security assessment, the USMS reserves the right to petition the court to reconsider its decision if the USMS assesses that the overall risk makes the viewing unsafe.

DATED this 10 day of December, 2010.

_____
Gloria M. Navarro
United States District Judge